

SM

**FILED** JG

2/1/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

DEC 03 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Yvette Ewing Wallace

)
)
)
)
)

**Plaintiff(s),**

)
)

**vs.**

)
)

Midland orthopedic ass

)
)
)
)

**Defendant(s).**

)
)
)

21cv6475
Judge Gettleman
Magistrate Judge Kim
RANDOM

## <u>COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS</u>

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Yvette Ewing Wallace .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _Midland Orthopedic Associates_ , is
    (name, badge number if known)

    ☐ an officer or official employed by _____ ;
                                        (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is_____ . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _Jan 11, 2021_ , at approximately _12:00_____ ☐ a.m. ☒ p.m.
                (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _Jerry_____

    _Young Office_____ , in the County of _Cook_____ ,

    State of Illinois, at _2850 S. Wabash Ste 100_____ ,
                        (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that
    applies)*:

    ☐    arrested or seized plaintiff without probable cause to believe that plaintiff had
         committed, was committing or was about to commit a crime;
    ☐    searched plaintiff or his property without a warrant and without reasonable cause;
    ☐    used excessive force upon plaintiff;
    ☐    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
         one or more other defendants;
    ☐    failed to provide plaintiff with needed medical care;
    ☐    conspired together to violate one or more of plaintiff's civil rights;
    ☒    Other:

    _____

    _____

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

I was Terminated Over a referral Which I Never heard anyone being Fired Over a referral. I was be cause I spoke out about No One Take the Covid Test after Traveling out of town.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I have Text messages for my former Manager Erika stating how I'm missed at the Front. Text message From Jerry the CEO of the company stating he's going to pay me for the Rest of the week. If I did something wrong why would He be willing to pay me. Text messages for Cingle my ex-coworker on how their getting Rede of all the (Blacks) and I was one. I was terminated because I spoke out about the only one of Color having to take the test.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury.  ☐ Yes   ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Yvette Ewing Wallace

Plaintiff's mailing address: P.O. BOX 1249

City South Holland    State IL    ZIP 60473

Plaintiff's telephone number: (773) 716-9110 .

Plaintiff's email address *(if you prefer to be contacted by email)*: yvetteewing1@yahoo.com

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*



Federal Building
230 S. Dearborn, Suite 1866
Chicago, IL 60604
Chicago Direct Dial: (312) 872-9777
Enforcement Fax: (312) 588-1260
Website:  www.eeoc.gov

## RIGHT TO SUE REQUEST

Charging Party: Yvette Ewing Wallace

Respondent: Midland Orthopedic Associates

Charge Number: 440-2021-01922

I request that the Commission grant me the right to sue the above-named respondent in Federal Court.  I understand that when the Notice of Right to Sue is issued the Commission may cease processing my charge.

Signature: X

DATE: X   9-23-21

Yvette Wallace                                    April 1, 2021
PO BOX 1249
South Holland, IL 60473
773-716-9110

US EEOC
Charge Number is 440-2021-01922

Dear EEOC

December of 2020, Erika asked me if I was still going out of town, since CDC was saying not to travel for the Holiday's. I told her yes; I then asked her if I should do anything before I leave she said no
know one else quarantine or took the test and way should you. Erika said let me ask Jerry she came back an said Dr. Maday told her if I travel out of town, I would have to take the Covid-19 test again or quarantine for 14 days. I told her that; I feel some kind of way being the only BLACK person having to take the COVID-19 test after traveling. The only way Dr. Maday or Jerry knew I was traveling out of town it had to come from Erika my manager at the time. I never told neither one of them about my travels.

I told her I don't think it's fair since no one else had to be tested Dr. Maday, Dr. Heller, McKenzie & Katelyn are PA's, Dr. Hook, Judy x-ray tech, Clarissa she does the dictations, Toni also went out of town she a Medical assistance. They all went out of town from November to December of 2020. Those are just the ones I know of who went out of town and none of them was tested all WHITE. Dr. Maday said he didn't need to be test because he's an essential worker and my reply was he went out of town on pleasure not to save a life. I told Erika am I being single out because I'm **black** and do he thinks **black people** are the ones spreading the virus.

I called Jerry to express how I felt. He replied I know Yvette it's not fair and he would talk to the partners about my concern. He called me back and said it stands either take the test again or quarantine for 14 day's with out pay those we're the only two options in order to come back to work. I had no choice but to take the test again I needed my job. I started feeling like Jerry was out to get me all of this started happen before November 2020. I stayed late like I always done he sends Erika an email saying know one can stay after 6:30p for safety reasons. The next day Toni stayed after 6:30p nothing was done. I took a couple of day's off any time I would take day's off I was able to make them up it didn't matter which week I made them up; Jerry the CEO emailed Erika saying no one can make up their hour on a different week it had to be the same week you took off. I would come in early so I could get the client ready before the patients come. He sent out another email saying know can in before their time or stay after later then their shift. When Stacy at hometown would come in 15 to 20min before her start time or after her hours nothing is said and if she need to finish up for the day and yes she's White and also one f his favorites.

Jill know one seems to know what her position is because she pretty much do what she wants. She starts work around 5:00p and don't leave until 2:00a or later. Check her time card, but I was told it's for safety reasons yeah right. Patients complain about her all the times, she calls patients house way after hours around 9:00p an this been going on for years no discipline action against her. She tried to reprehend me I went to Jerry because she's not a manager and he told me she's protected by Dr. Maday therefore nothing can be done.

Adrienne a manager at there Greenwood office her skills have been in question to how she's able to get away with; the mistreatment of staff, most of all patients'. I've witnessed her disrespect towards patients and all the patients that come to that office is BLACK and she's White the whole staff is white in a predominantly black neighborhood. Tina the old CEO

tried to fire her but Dr. Heller who's one of the partners of Midland wouldn't allow her to be fired, because he likes the way Adrian handles the patients. I was working at Greenwood and a patient approach me and said it's good to see a face of color, and I told her I was just here to fill in. There was no black employee's at that office until Tina hired Jerri Love who's (black). Dr. Heller work out of that office and he didn't do nothing about Adrian mistreatment of employees or patient. Jerry was fired also a little after I was fired. The reason patient continue to come to that office is because it's close to there home and a lot of them don't have transportation so they take her mental abuse. A patient even called the police on her and she still was able to keep her job no discipline action towards her. Another patient on 12-1-2020 called to complain about Adrienne regarding a referral and how nasty Adrienne treated her and threaten to put her out if she came to office with out her referral. That's what the patient told me when she called trying to get help. Did she get fired over a referral no but Dr. Heller and Jerry was quick to fire me over a referral Jerry Young who's the CEO he didn't do anything or the doctors. This been going on for years her mistreatment of patients and employee's and the patient name is Gail Ingram I have paper work of the client thanking me for my help Oak Street Health.

Yesi Hispanic used to work at the Wabash location at check in. She had so many complaints from patients always calling off, and late everyday no discipline action what so ever. She was promoted to a manager position in March of 2020 to work at the Hometown location another one of their offices figure that out. She received her raise in November 2020.

My raise was do in October 2020 after my 90 day probation period I didn't get my raise until March of 2020. Jerry told me I wouldn't be getting back pay but everyone got their raise on time. My next raise was coming up in July 2020 my 1 year with the company in June of 2020 he sent out an email saying no one would be getting a raise due to Midland not having money for raises. The same month a week after he sent that email out Dr. Maday told Erika to have the carpet and chairs in the waiting area cleaned, and I bought that up to Erika they can get the carpet and chairs clean but I can't get my raise. The day I asked Jerry about my raise was the same day I was fired 1-11-21.

Jerry got his 80 hours back in November of 2020 and I still didn't get my raise CeeCee received her raise she's Hispanic November 2020.

January 11, 2021 a Monday Dr. Heller was seeing patients, and a patient came in with out his referral. I told the patient like I've always done, if a patient comes in without a referral. I would ask one of my co-works to check the system to see if we have a referral for the patient. I thought the patient had a different insurance an I instructed the patient to call his PCP and let them know he need a referral his visit. The patient wife said they had a hard time getting a referral she said they was going to leave and call their doctors office not once did I tell them to leave. Dr. Heller came up to the front, asked me why did you turn them away, and I told him I didn't he's never question me about a referral before he knows the protocol if a patient don't have a referral they can't be seen. Nancy told him what happen so did Erika she told him I didn't tell him to leave. The patient name is James Patterson my ex-co-worker Angie said I remember that patient an I told him we have a referral in the system but it's incomplete he would need a referral to be seen. Dr. Heller never gets involve if a patient don't have a referral he won't let a patient be seen if they don't have their copay, all this is from me speaking out about how I felt.

While I was at lunch and Jerry CEO came to me saying after my lunch is over come and see him, I said ok about 10 minutes later he came back I need to talk to you now. I met with him in his office alone with Nicole the billing manager so I'm thinking it had to do with billing. He said Yvette where going to have to let you go because we have been getting so many complaint on how you talk to the patients. I didn't say anything I just got up because I knew he was lying. I left his office and gather my things and I left. I called Erika on her cell she told me that Jerry told her they were letting me go because of the referral incident. I told her Jerry said it was because of to many complaints; I said which lie is it, and she go on to say I told him I don't agree it would be a big mistake to let her go when she done nothing wrong. She told him I don't want to be in your office when you let her go, so he ask Nicole. That same day Jerry called me I didn't answer he sent me a text stating he was going to pay me for the rest of the week I told him thank you, and that I was going to file my unemployment he said ok so I did. Who get paid the rest of the week after being fired for

having so many complaints no one. My unemployment said I was fired for lack of work. If I was let go for lack of work, Clarissa, Deloris they did the dictations for the doctors. After Midland got a new dictation system they wasn't let go Jerry found other positions for them so they could keep their job and both are WHITE. Adrienne, Nikki, Tonya work out of the Greenwood location and that office is closed on Fridays instead of them loosing some of their hours there making them up at different locations all WHITE. Joy, Stacy work out of the Hometown location and that office is closed on Thursday both of them go to different offices to make up their hours WHITE / FILIPINO.

I was wrongfully terminated from my job. I have no write-ups, no warnings nothing in the 1yr & ½ I was with Midland because I spoke out about how I felt about my co-workers and doctors not having to test or self-quarantine after traveling out of town.

Dr. Heller was looking for any reason to let me go he nor Jerry didn't care about the financial hardship they cause me. I was just starting my life over after my divorce, loosing my home, both my Father, Brother and now I have deal with not having a job and how am I going to pay my bills my rent my car note etc.... Everything that happen caused me to go through a deep depressing. Without a job I can't buy me another house I have to start all over again. I can't sleep wondering how I'm going to pay my bills, I'm 52yrs old looking for another job isn't that easy at my age. I'm more depressed then I was before I was just feeling like I was getting my life back together and now this. I have a text from Erika saying I was a wonderful employee.

I have texts messages from my former manager, co-workers to support my claim


Sincerely,
Yvette Ewing Wallace

Illinois Department

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631   TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov
3220-0732

MDG2021 00005962 01
|||||||||||||·||·||·||||·||·|||·|||||·||·|||||·|||·||||·||·|||·||·|||·|



YVETTE EWING
16660 S PARK AVE
SOUTH HOLLAND, IL 60473-2978

Date Mailed:   02/10/2021
Claimant ID:   2875229

## Determination

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631.)**

The following determination has been made in connection with the claim for unemployment insurance benefits.

Based on all the determinations regarding your claim, you are eligible for benefits as long as you meet the eligibility requirements.

Please read each determination carefully as it may include benefit reductions.

Issue 006 602A - Misconduct
Allow  Effective 01/24/2021 - 12/31/9999
Was the claimant discharged for misconduct connected with the work? The evidence shows the claimant was separated from MIDLAND ORTHOPEDIC ASSOCIATION due to a lack of work. The reason for separation cannot be made the basis for disqualification and the claimant is not ineligible for benefits from 01/24/2021 in regard to this issue.

## FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT www.illinois.gov/UIRights.
## FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.

If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.

Please see appeal rights listed below and additional information regarding this determination.



*1*

< **Jerry M...**  📞  🔍  ⋮

*Monday, January 11, 2021*

I will pay you through the end of the week and any accrued PTO. FYI.

*Jarry*

1:58 PM

Thanks, Im going to file

*Me*

Enter message

2

< **Jerry M...** 📞 🔍 ⋮

the week and any accrued PTO. FYI.



1:58 PM

Thanks, Im going to file for unemployment



Me

2:10 PM

J  Ok

2:11 PM



Jerry

Enter message

  

1

Erika Barringer

**Erika- ...**

Friday, January 15, 2021

Hey, I don't want you to feel like I blamed you for anything all you did was tried to protect us. You tried

Me

Enter message




2

66% 12:06 AM

< Erika- ...

hard to Make the partners aware of what was going on. It's on Heller, Ma-day, Jerry someone needed to speak out

Me

Enter message

3

protect us. You tried hard to Make the partners aware of what was going on. It's on Heller, Maday, Jerry someone needed to speak out about what was going and to fire me for no reason. I wasn't going to stand by and do nothing. They don't care about no one but themselves it's time someone made them care. You would always be one of the best Managers I had. 😊

65% 12:07 AM

< Erika- ...

I understand. And I'm glad we worked together I'm going to miss you at work. You were a great employee, friend and

Erika

Enter message





5

< **Erika- ...** 📞 🔍 ⋮

friend and part of the team. We all miss you up front🖤

*Erika*

7:01 PM

  

*Me*

7:04 PM

 

*Erika*

7:16 PM

Joy, and Michelle

 

 Enter message

7:22 PM

< **Erika- ...**    📞   🔍   ⋮

question??? Do you have a resume? If you do send me it to my per- sonal email <u>cortlyn929 8@comcast .net</u> I might have a job for you

*Erika*

Enter message





1

< **Angie -...**  📞  🔍  ⋮



Me

> **Getting rid of all the black people**
>
> 3:57 PM

**A**  That's exactly what we were saying in the front! Like seriously No diverse



Angie

Enter message

  +    

2

< **Angie – ...** 📞 🔍 ⋮

But he wasn't that stupid. He didn't fire her or tell he got quit

*Angie*

That would of been 3 black people in a row Not good

*Angie*

4:02 PM

Enter message

  

Oak Street Health



# OAK STREET HEALTH

| **FROM** | **TO** |
|---|---|
| | Yvette |
| Name | 13128428690 |
| Phone: 773-279-5173 | Midland Orthopedics |
| Fax: 773-279-5173 | |

**Sent:** 12/1/20     at: 11:06:52 AM       **5 page(s) (including cover)**

**Subject:** G Ingram referral

*Gail Ingram Patient*

**Comments:**

Hi Ms. Yvette

Here is the referral we sent to Adrienne. Thank you for your assistance!

Best regards,
Maryan

Maryan Carroll
Referral Coordinator
(630) 259 4350
Oak Brook/Kensington Contact Center
Oak Street Health
www.oakstreethealth.com

*Just one of the complaint against Adrienne.*
*Did she get fire due to a referral. NO*





Oak Street Health
1715 E 95th St
Chicago, IL 60617

Midland Orthopedic Associates
1111 E 87th St
Chicago IL 60619
Tel: 773 375 5500
Fax: 773 375 4655

12/01/2020

Hello,

I am Michelle Morrison, a PCP at Oak Street Health. I am referring Gail Ingram to see the following speciality: Orthopedic Surgery. We have obtained authorization through their HEALTHSPRING insurance to be seen in your office. Once consultation has been completed, to assist us in providing quality care please forward all records to us at your earliest convenience. The patient's demographics and authorization information are listed below.

**Patient Information:**

| | |
|---|---|
| **Patient Name:** | Gail Ingram |
| **DOB:** | 10-17-1950 |
| **Sex:** | F |
| **Phone:** | (773)846-3823 |
| **Address:** | 7305 S Vernon Ave , Chicago,IL 60619 |

**Authorization Information:**

| | |
|---|---|
| **Health Plan:** | HEALTHSPRING |
| **Member ID:** | 35473205 |
| **Specialty:** | Orthopedic Surgery |
| **Authorization code:** | NO AUTH NEEDED |
| **Effective/Expiration:** | 12-01-2020 to 06-01-2021 |

**Clinical Reason:**

RELEVANT BACKGROUND: Refer to consult, eval, and treat patient who fell and had swelling and pain in L knee. Patient recently went to ER on 11/14/20. , QUESTION FOR SPECIALIST: Refer to consult, eval, and treat patient who fell and had swelling and pain in L knee. Patient recently went to ER on 11/14/20. ,

**Services Approved:**

| Proc Description | QTY | Diag Description | Diag 2 Description | Diag 3 Description | Diag 4 Description |
|---|---|---|---|---|---|
| 99203 OFFICE/OUTPATIENT VISIT NEW | 1 | M25.562 Left knee pain | W19.XXXD Unspecified fall, subsequent encounter | | |
| 99213 OFFICE/OUTPATIENT VISIT EST | 5 | M25.562 Left knee pain | W19.XXXD Unspecified fall, subsequent encounter | | |

